UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

LATONIA SMITH,

Plaintiff,

v.

GLORIA M. NAVARRO and NANCY BRUNE,

Defendants.

Case No. 2:25-cv-01498-AKB

**ORDER**

Plaintiff Latonia Smith ("Plaintiff") is proceeding to the next stage of litigation on her First Amendment retaliation claim in her Amended Complaint. Dkt. 25-1. Now pending are several motions and requests filed by Plaintiff.

**PLAINTIFF'S MOTIONS**

**1. Plaintiff's Sealed Motion (Dkt. 28)**

Plaintiff has filed a motion requesting leave "to file her 'Tentative Discovery Requests On Immunity Issues' under seal. Ms. Smith does not want to give defendants 'heads up' on all discovery she intends to seek." Dkt. 28 at 1. This motion is improper for several reasons. First, discovery is to be exchanged only between the parties. It is not filed with the Court. The Court has nothing to do with discovery unless the parties have a dispute, are unsuccessful at informal attempts between themselves to settle the dispute, and then file a motion to compel.

There is no such thing as a "tentative discovery request." There is no reason for Plaintiff to keep her discovery requests secret from Defendants because discovery requests are addressed to defendants and are answered by defendants.

For all of these reasons, Plaintiff's request that the motion be "sealed" is improper. The Clerk of Court will be ordered to unseal the motion. Plaintiff shall not ask to have documents sealed in the future for improper reasons.

**2. Plaintiff's Motion for Entry of Default (Dkt. 35)**

Upon being served, Defendant Nancy Brune filed a timely motion to dismiss the Amended Complaint based on statute of limitations grounds (Dkt. 32), which is permitted under the Federal Rules of Civil Procedure. Therefore, Plaintiff's later motion for entry of default has no legal or factual basis and will be denied.

**3. Plaintiff's Motion for Clarification (Dkt. 29)**

Plaintiff has clarified the claims in her Amended Complaint. She also outlines the documents she will request during discovery. Because Defendant Brune has filed a motion for summary dismissal based on the statute of limitations, the Court will order that general disclosures and discovery are stayed until after the Court rules on the dismissal motion.

**4. Plaintiff's Motion to Change Case Caption (Dkt. 34)**

Plaintiff has asked that the title "Judge" be removed from the caption, because she did not include that title in her complaint. The Court will order the Clerk of Court to remove the term "Judge" from the caption.

**SERVICE UPON GLORIA NAVARRO**

The Clerk of Court placed a copy of the Waiver of Service of Summons and several Orders of this Court in Gloria Navarro's mailbox at the courthouse on May 4, 2026. It is unclear whether

the Clerk of Court also provided a copy of the amended complaint (Dkt. 25-1) with that package. Because the waiver has not been returned, the Clerk of Court shall complete a USM-285 form for service upon Defendant Judge Gloria Navarro at her place of employment at the United States courthouse and take all necessary steps to effect personal service of process via the United States Marshal Service, providing the Marshal Service with the USM-285 form, the Court's Orders in this case (including the Order granting in forma pauperis status,) a copy of the Amended Complaint (Dkt. 25-1), and an issued Summons.

**CASE MANAGEMENT**

The Court finds that Plaintiff is filing too many unnecessary and frivolous motions in this case, which interferes with the Court's management of this particular case and its general caseload. Plaintiff will be limited to having two outstanding (not ruled upon) motions filed at a time. When the Court rules on one of her motions, she may file another, but not until then. Any motions that Plaintiff files when two others are pending will be stricken. Plaintiff shall not file motions under seal in this case unless there is adequate reason to do so.

If any Defendant begins to file too many unnecessary and frivolous motions in this case, the Court will impose the same limitation on that Defendant. To date, that is not an issue.

**ORDER**

**IT IS ORDERED:**

1. Plaintiff's Sealed Motion (Dkt. 28) is DENIED. The Clerk of Court shall unseal the motion.

2. Plaintiff's Motion for Entry of Default (Dkt. 35) is DENIED.

3. Plaintiff's Motion for Clarification (Dkt. 29) is GRANTED to the extent set forth above.

4. Because Defendant Brune has filed a motion for summary dismissal based on the statute of limitations, general disclosures and discovery are STAYED until after the Court rules on the dismissal motion.

5. Plaintiff's Motion to Change Case Caption (Dkt. 34) is GRANTED. The Clerk of Court shall remove the title "Judge" from the case caption. Plaintiff shall not file any further motions or responses on this issue, for example, if parties or the Court mistakenly include the word "Judge" in the caption.

6. The Clerk of Court shall complete a USM-285 form for service upon Defendant Judge Gloria Navarro at her place of employment at the United States courthouse and take all necessary steps to effect personal service of process via the United States Marshal Service, as set forth above. The word "Judge" may be included in the service documentation because it will aid the Marshal Service in service of process.

7. Plaintiff will be limited to having two outstanding (not ruled upon) motions filed at a time. When the Court rules on one of her motions, she may file another, but not until then. Any motions that Plaintiff files when two others are pending will be stricken. Plaintiff shall not file motions under seal in this case unless there is adequate reason to do so.

DATED: August 3, 2026

Amanda K. Brailsford

Amanda K. Brailsford
U.S. District Court Judge